No. 79–1136. BROWN & ROOT, INC., ET AL. *v.* JOYNER ET AL., 446 U. S. 981;

No. 79–1175. WM. T. BURNETT & CO., INC. *v.* GENERAL TIRE & RUBBER CO., 446 U. S. 951;

No. 79–1228. IVY ET AL. *v.* SECURITY BARGE LINES, INC., 446 U. S. 956;

No. 79–1294. HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* ROSARIO ET AL., 446 U. S. 651;

No. 79–1377. ANDERSON, WARDEN *v.* CHARLES, 447 U. S. 404;

No. 79–1433. MASKENY ET AL. *v.* UNITED STATES, 447 U. S. 921;

No. 79–1506. LAGUTA ET AL. *v.* OHIO, 446 U. S. 952;

No. 79–1549. GEECK ET AL. *v.* CITY OF NEW ORLEANS ET AL., 446 U. S. 961;

No. 79–1627. GREEN *v.* COUNTY OF ALAMEDA ET AL., 446 U. S. 984;

No. 79–1671. WARNER ET AL. *v.* SOVEREIGN NEWS CO. ET AL., 447 U. S. 923;

No. 79–5921. BLAKE *v.* GEORGIA, 446 U. S. 988;

No. 79–5954. RUBIES ET AL. *v.* UNITED STATES, 446 U. S. 940;

No. 79–5975. BOWEN *v.* GEORGIA, 446 U. S. 970;

No. 79–5996. PEERY *v.* SIELAFF, CORRECTIONS DIRECTOR, ET AL., 446 U. S. 940;

No. 79–6055. HEITMAN *v.* MISSOURI, 446 U. S. 941;

No. 79–6188. MOORE *v.* ZANT, WARDEN, 446 U. S. 947;

No. 79–6196. GEROMETTE *v.* GENERAL MOTORS CORP., 446 U. S. 985;

No. 79–6209. STANLEY ET AL. *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, 447 U. S. 925;

No. 79–6248. MA *v.* HAZELWOOD ET AL., 446 U. S. 942; and

No. 79–6250. GRAY *v.* MISSISSIPPI, 446 U. S. 988. Petitions for rehearing denied.